U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

OCT 07 2024

IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )    No. 4:24-CR-122 LPR
                            )
JASON SMITH                 )

## WAIVER OF INDICTMENT

I, Jason Smith, the above-named Defendant who now stands accused of possessing a machinegun, in violation of Title 18, United States Code, Section 922(o), having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

DATED this 1st day of October, 2024.

_____ Jason Smith _____
JASON SMITH
Defendant

_____
RONALD L. DAVIS, JR.
Counsel for Defendant

Before _____
HON. LEE P. RUDOFSKY
United States District Judge