U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

OCT 0 7 2024

IN OPEN COURT
TAMMY H. DOWNS

By: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    No. 4:24-CR-122 LPR
    )
JASON SMITH    )

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about February 23, 2023, in the Eastern District of Arkansas, Defendant,

JASON SMITH,

knowingly possessed a machinegun, that is: a Glock, .45 caliber pistol, bearing serial number MCF383, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

DATED this _7_ day of _OCTOBER_, 2024.

JONATHAN D. ROSS
United States Attorney

ALEXANDER D. MORGAN
Assistant United States Attorney
425 West Capitol Avenue, Suite 500
Little Rock, Arkansas 72201